UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Iyanna Brown

             Plaintiff,      Case No. 15-12385
                                     Hon. Judith E. Levy
v.                                   Mag. Judge R. Steven Whalen

Fifth Third Financial Corporation, an
Ohio corporation
             Defendant.

_____/

## ORDER OF DISMISSAL

This matter having come before this Court upon Stipulation of the parties and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant is hereby DISMISSED WITH PREJUDICE and without costs to any party.

Dated: November 24, 2015         s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 24, 2015.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel, that Plaintiff's claims against Defendant are dismissed with prejudice and without costs or attorney fees to any party.

                                                Respectfully submitted,

                                                WARNER NORCROSS & JUDD LLP

                                                By: _/s/ Laura N. You_____
Dated: November 24, 2015           *Attorneys for Fifth Third*

                                                NITZKIN & ASSOCIATES

Dated: November 24, 2015

                                                By: _/s/ Gary D. Nitzkin (with permission)_____
                                                *Attorneys for Plaintiffs*